**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNIFER LAMZA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** <u>4:16</u>-cv-3075 |
| | § | **JURY** |
| **JORDAN CARRIERS INC.,** | § | |
| **DAVID CHARLES WATTS** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

---

**DEFENDANT JORDAN CARRIERS, INC.'S
INDEX OF MATTERS BEING FILED**

---

Pursuant to the Local Rule 81 of the Southern District of Texas, Defendant, JORDAN

CARRIERS INC., attaches this Index of Matters Being Filed to their Notice of Removal.

Cause No. 2016-26225

1.      Plaintiff's Original Petition, Jury Demand, Requests for Disclosure, and Rule 193.7 Notice;

2.      Civil Process Request;

3.      Order Transferring Case to Another District Court;

4.      Civil Process Pick-Up Form;

5.      Defendant, Jordan Carriers Inc.'s Original Answer;

6.      Defendant, Jordan Carriers Inc.'s Jury Demand; and

7.      Case Docket Sheet.

Exhibit A

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**
1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200 / Fax (214) 777-4299


By: _____/s/ Kevin P. Riley_____
        Zach T. Mayer
        Federal ID No. 604832
        State Bar No. 24013118
        zmayer@krcl.com
        Aaron M. Speer
        State Bar No. 24051365
        aspeer@krcl.com
        Kevin P. Riley
        Federal ID No. 13766
        State Bar No. 16929100
        kriley@krcl.com
        Roy E. Mathews
        State Bar No. 24083459
        rmathews@krcl.com

**ATTORNEYS FOR DEFENDANT**
**JORDAN CARRIERS INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October 2016, a true and correct copy of the foregoing has been forward to all counsel of record, as follows:

        S. Greg Pushing
        State Bar No. 34083772
        9610 Long Point Rd, #300
        Houston, Texas 77055
        *Counsel for Plaintiff Jennifer Lamza*


        _____/s/ Kevin Riley_____
        Kevin P. Riley

7/27/2016 3:20:16 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11860027
By: Wanda Chambers
Filed: 7/27/2016 3:20:16 PM

CAUSE NO. _____

| | | |
|---|---|---|
| JENNIFER LAMZA | § | IN  THE  DISTRICT  COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| JORDAN CARRIERS INC., DAVID | § | |
| CHARLES WATTS, and JOHN DOE, | § | |
| (RESIDENT OF TEXAS) | § | |
| *Defendants.* | § | _____JUDICIAL  DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, REQUESTS FOR DISCLOSURE, AND RULE 193.7 NOTICE

COMES NOW, JENNIFER LAMZA, Plaintiff in the above-styled and numbered cause of action, complaining of Defendants, JORDAN CARRIERS INC. and D A V I D  C H A R L E S W A T T S (collectively referred to as "Defendants"), and in support thereof would show unto this Honorable Court the following:

### I. DISCOVERY CONTROL PLAN

1.1     Pursuant to Texas Rule of Civil Procedure 190.3 the discovery of this case is to be conducted under Level 2 Discovery Control Plan.

### II.  CLAIM FOR RELIEF

2.1     Plaintiff seeks monetary relief over $1,000,000.

### III. PARTIES

3.1     JENNIFER LAMZA ("Plaintiff Lamza") is a resident of Harris County, Texas.

3.2     JORDAN CARRIERS INC. (hereinafter referred to as "Defendant JORDAN CARRIERS") is a company who is authorized to do business in the State of Texas, pursuant to the Texas Business Corporation Act Art 2.11, and can be served with process by serving its registered agent, Charles Kenneth Jordan, Jr. at 170 Highway 61 S. Natchez, MS 39120 or wherever he may be found.

Certified Document Number: 71244642 - Page 1 of 16

Exhibit 1

3.3 DAVID CHARLES WATTS ("Defendant Watts") is an individual resident of the State of Louisiana and who can be served with process pursuant to TRCP 106(a) by delivering to the defendant in person, a true copy of the citation and petition at his place of residence, 4137 N. Riverview Drive, Port Allen, LA 70767, or wherever he may be found.

3.4 JOHN DOE is a Texas resident whose identity will be ascertained at a later date.

## IV.  JURISDICTION and VENUE

4.1    This Court has jurisdiction in this cause since the damages to Plaintiff is within the jurisdictional limits of this Court.

4.2    All or a substantial part of the events or omissions giving rise to the claim occurred in Harris County.  Therefore, venue is proper pursuant to §15.001 and §15.002(a)(1) of the Texas Civil Practice & Remedies Code.

4.3    All conditions precedent have occurred.

4.4    Nothing Plaintiff did, caused or contributed to this occurrence.

## V. FACTS

5.1    On or about June 1, 2015, Plaintiff Lamza was stopped at the stop sign at 12700 Greens Bayou and the 900 block of Normandy, heading East Bound in Harris County, Texas. Defendant Watts was traveling North Bound at the 900 block of Normandy. Defendant Watts was making a left turn when he waved Plaintiff Lamza to proceed through the intersection.  Having previously yielded the right of way, Defendant Watts then violently struck Plaintiff Lamza's vehicle. Defendant Watts was operating a tractor/trailer in the course and scope of his employment with Defendant JORDAN CARRIERS under its operating authority and under its USDOT# 494832. The collision occurred with tremendous force, proximately causing Plaintiff Lamza to suffer severe, excruciating, painful, and permanent personal injuries, including the loss of

Certified Document Number: 71244642 - Page 2 of 16

a pregnancy.

## VI. NEGLIGENCE OF DEFENDANT JORDAN CARRIERS

6.1    Defendant JORDAN CARRIERS was the owner of the vehicle that was being operated by Defendant WATTS. At all times material to this lawsuit, Defendant WATTS was an employee of Defendant JORDAN CARRIERS and was acting within the course and scope of his employment with Defendant JORDAN CARRIERS. Consequently, Defendant JORDAN CARRIERS is vicariously liable to Plaintiff Lamza for the negligent conduct of Defendant Watts, under the theory of respondeat superior.

6.2    The independent conduct of Defendant JORDAN CARRIERS constitutes negligence as that term is known in law. Such negligent acts or omission include, but are not limited to the following:

a.    allowing Defendant Watts to operate its vehicle even though it knew or should have known he was a reckless or incompetent driver;

b.    entrusting a vehicle to Defendant Watts even though it knew or should have known he was a reckless or incompetent driver;

c.    failing to properly train Defendant Watts in the safe operation of a motor vehicle;

d.    retaining Defendant Watts after it knew or should have known that he was a reckless or incompetent driver;

e.    failing to properly supervise Defendant Watts's driving activities;

f.    failing to properly maintain the vehicle in a safe operational condition;

g.    failing to maintain the vehicle to the minimal standard of safety;

h.    failing to establish and enforce safety rules and regulations;

i.    failing to properly educate, instruct, and supervise the performance of Defendant Watts's duties;

j.       failing to adequately train, educate, or provide instructions and orders to Defendant Watts;

k.       failing to provide proper safety manuals and instructions to employees responsible for safety;

l.       failing to enforce and ensure compliance of established safety and operational rules and regulations for persons operating its equipment; and/or

m.       failing to comply with the Federal Motor Carrier Safety Administration's

Rules and Regulations;

n.       other acts of negligence and negligence per se.

One, some, or all of the foregoing acts and/or omissions or others on the part of Defendant JORDAN CARRIERS constituted negligence and such negligence was a proximate cause of the occurrence of Plaintiff Lamza's injuries and damages.

6.3       Plaintiff Lamza would show this Court that the harm Plaintiff Lamza suffered is the type of harm which the above-referenced statutes are intended to prevent. Plaintiff Lamza would also show this Court that Plaintiff Lamza was members of the class of persons in which the above-referenced statutes was enacted to protect. Such violations amount to *negligence per se* and is the proximate cause of the occurrence in question.

## VII. NEGLIGENCE OF DEFENDANT WATTS

7.1       The collision made the basis of this lawsuit resulted from the improper conduct of Defendant Watts. The conduct of Defendant Watts constituted negligence as that term is understood in law and such negligent conduct was a proximate cause of the occurrence, injuries and damages to Plaintiff Lamza made the basis of this suit. Defendant Watts's negligent actions or omissions include, but are not limited to, one or more of the following non-exclusive particulars:

a.       failing to control the speed of his vehicle;

b. failing to control the operation of his vehicle;

c. failing to avoid the incident in question;

d. failing to keep a proper look out;

e. failing to apply the brakes properly and/or timely in violation of Texas Transportation Code §547.408)(a)(3);

f. failing to operate his vehicle in a safe manner;

g. failing to operate his vehicle as a person of ordinary prudence would have in the same or similar circumstance; and/or

h. other acts of negligence and negligence

One, some, or all of the foregoing acts and/or omissions or others on the part of this Defendant Watts constituted negligence and negligence per se and such negligence was a proximate cause of the occurrence of Plaintiff Lamza's injuries and damages.

7.2 Plaintiff Lamza would show this Court that the harm Plaintiff Lamza suffered is the type of harm which the above statute is intended to prevent.  Plaintiff Lamza would also show this Court that Plaintiff Lamza was a members of the class of person in which the statute was enacted to protect.  Such violation amounts to *negligence per se* and is the proximate cause of the occurrence in question.

## VIII. FRAUD OF JOHN DOE (RESIDENT OF TEXAS)

8.1 Defendant John Doe represented himself to the Plaintiff as a competent auto damage inspector. This representation was material to Plaintiff Lamza and the investigation of the auto accident that is at issue in this suit. Defendant's representation to Plaintiff Lamza was false, as he failed to accurately reflect the damage caused to the car. When Defendant made this representation to Plaintiff Lamza he knew, or should have known, that he was not a competent auto adjuster. Defendant John Doe knew that Plaintiff Lamza would rely on his supposed expertise

to make her suit and collect damages. The Plaintiff did indeed rely on Defendant John Doe's report

on her car. This false representation caused more injury to Plaintiff Lamza in that his report was

not accurate or reliable for her case and damages against Defendants Charles Watt and Jordan

Carriers.

## IX. DAMAGES

9.1     As a result of the incident made the basis of this lawsuit described in the

preceding paragraphs and the negligence of Defendants, Plaintiff Lamza sustained significant

injuries and damages in the past and will, in reasonable probability, sustain these damages in the

future.

9.2     Plaintiff Lamza respectfully requests that the trier of fact determine the amount of

his damages and losses that they have incurred in the past and will reasonably incur in the future,

as well as the monetary value of these damages, which include, but are not limited to:

      a.      past and future physical pain and suffering and mental anguish;

      b.      past and future disfigurement;

      c.      past and future physical impairment;

      d.      past and future medical care expenses;

      e.      past and future loss of earning capacity, and

      f.      past and future out-of-pocket economic losses

9.3     Because of all of the above and foregoing, Plaintiff Lamza has suffered actual

damages in excess of the minimum jurisdictional limits of the Court for which damages Plaintiff

Lamza now brings suit.

9.4     Plaintiff Lamza seeks both prejudgment and post judgment interest as allowed by

law, for all costs of court, and all other relief, both in law and in equity, to which they may be entitled.

## X. JURY DEMAND

10.1    Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff Lamza respectfully requests and demand a trial by jury.  The appropriate jury fee is tendered with the filing of this pleading.

## XI. REQUESTS FOR DISCLOSURE

11.1    Pursuant to Rule 194, request is made that Defendants disclose, within fifty (50) days of service of this request, the information or material described in Texas Rule of Civil Procedure 194.2 (a)-(1).  Defendants must serve a written response to this Requests for Disclosure on Plaintiff Lamza within fifty (50) days after the service of this request.  Failure to timely respond shall constitute an abuse of discovery pursuant to Texas Rule of Civil Procedure 215.

## XII.  CERTIFICATE OF WRITTEN DISCOVERY

12.1    Plaintiff Lamza has served contemporaneously with this petition Requests for Disclosure to Defendants.

## XIII. RULE 193.7
## NOTICE

13.1    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff Lamza hereby gives actual notice to Defendants that any and all documents produced may be used against Defendants producing the document at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Lamza prays that Defendants be cited in terms of law to appear and answer herein, that upon final trial and hearing hereof, that Plaintiff Lamza recovers damages in accordance with the evidence, that Plaintiff Lamza recovers costs of court herein expended, that Plaintiff Lamza recovers interest to which Plaintiff Lamza is justly entitled under the law, and for such other further relief, both general and special, both in law and in equity, to which Plaintiff Lamza may be justly entitled.

Respectfully submitted,

S. Greg Rushing
State Bar No. 24083772
steprush@umich.edu
9610 Long point Rd., # 300
Houston, Texas  77055
Telephone:      (281) 546-5115
Facsimile:      (888) 441-5188

**ATTORNEY  FOR PLAINTIF**

Certified Document Number: 71244642 - Page 9 of 16

Certified Document Number: 71244642 - Page 10 of 16

Certified Document Number: 71244642 - Page 11 of 16

Certified Document Number: 71244642 - Page 12 of 16

Certified Document Number: 71244642 - Page 13 of 16

Certified Document Number: 71244642 - Page 14 of 16

Certified Document Number: 71244642 - Page 15 of 16

Certified Document Number: 71244642 - Page 16 of 16



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 23, 2016

Certified Document Number:        71244642 Total Pages:  16

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7/27/2016 6:00:50 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11866325
By: Brianna Denmon
Filed: 7/27/2016 6:00:50 PM

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: 2016 49763          CURRENT COURT: 061

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): _____

FILE DATE OF MOTION: __07__/__27__/__2016__
                         Month/    Day/    Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: Jordan Carriers
    ADDRESS: 170 US hwy 61 S, Natchez, MS 39120
    AGENT, (if applicable): Charles Kenneth Jordan, 170 Hwy 61 S, Natchez, MS 39120

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP          ☐ CONSTABLE
- ☒ CIVIL PROCESS SERVER - Authorized Person to Pick-up: Wanda Dewberry   Phone: 713.539.3245
- ☐ MAIL                      ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR, or
                          ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

*********************************************************************************

****

2.  NAME: David Charles Watts
    ADDRESS: 4137 N. Riverview Dr, Port Allen, LA 70767
    AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP          ☐ CONSTABLE
- ☒ CIVIL PROCESS SERVER - Authorized Person to Pick-up: Wanda Dewberry   Phone: 713.539.3245
- ☐ MAIL                      ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
    Type of Publication:  ☐ COURTHOUSE DOOR, or
                          ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: S. Greg Rushing          TEXAS BAR NO./ID NO. 24083772
MAILING ADDRESS: 9610 Long Point Rd #300, Houston, TX 77055
PHONE NUMBER: 281   546-5115       FAX NUMBER: 888   441-5188
              area code  phone number        area code  fax number
EMAIL ADDRESS: stepcrush@umich.edu

Page 1 of 2

CIVC108 Revised 9/3/00

Exhibit 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 23, 2016

Certified Document Number:        71250923 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Tronx

Cause No. 201649763

LAMZA, JENNIFER                                   IN THE DISTRICT COURTS OF
vs.                                              HARRIS COUNTY, TEXAS
JORDAN CARRIERS INC                              61st JUDICIAL DISTRICT


TRANSFER ORDER

It is ORDERED that the Harris County District Clerk transfer the above styled and numbered
cause from the 61ST DISTRICT COURT to the 157TH DISTRICT COURT

SIGNED _____*Aug 4*_____, 2016        _____
                                         HON. SYLVIA A. MATTHEWS
                                         ADMINISTRATIVE JUDGE
                                         CIVIL TRIAL DIVISION

**F I L E D**
Chris Daniel
District Clerk

AUG 0 4 2016

Time:_____
          Harris County, Texas
By_____
              Deputy

Attraction Cause No. 201626225

JORDAN CARRIERS INC

vs.

LAMZA, JENNIFER

File Court 157

JUDGMENT DATE:                                                    JUDGMENT TYPE:

CASE TYPE: MOTOR VEHICLE ACCIDENT

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Exhibit 3


Certified Document Number: 71370653 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 23, 2016

Certified Document Number:        71370653 Total Pages:  1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

*CK*

## Civil Process Pick-Up Form

### CAUSE NUMBER: 2016-49763

ATY____        CIV X        COURT 157m

```
+-----------------------------------------------------------------------+
|              REQUESTING ATTORNEY/FIRM NOTIFICATION                    |
|  *ATTORNEY: Rushing, Stephen      PH: ( 281 ) 546-5115               |
|  *CIVIL PROCESS SERVER: Wanda Dowlearn                               |
|  *PH: ( 713 ) 584-3245                                              |
|  *PERSON NOTIFIED SVC READY: left vm for Wanda @ 5:00pm              |
|  * NOTIFIED BY: Shaniece                                            |
|  DATE: 8-8-2016                                                     |
+-----------------------------------------------------------------------+
```

Type of Service Document: __CJTCN__        Tracking Number 73374451
Type of Service Document: __CJTM__         Tracking Number 73374452
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____

**Process papers prepared by:** SHANIECE RICHARDSON

Date: __8-5__ 2016        30 days waiting __9__ - __5__ - __2016__

```
+-----------------------------------------------------------------------+
|  *Process papers released to: Wanda Dowlearn                        |
|                              (PRINT NAME)                           |
|  _____    _____               |
|  *(CONTACT NUMBER)           (SIGNATURE)                           |
|  *Process papers released by: Shaniece Richardson                  |
|                              (PRINT NAME)                           |
|                              SRichardson                            |
|                              (SIGNATURE)                            |
|  * Date: 9-11- , 2016   Time: 256  AM / PM                         |
+-----------------------------------------------------------------------+
```

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Revised 12-15-2014

Exhibit 4

CONFIRMED FILE DATE: 8/5/2016

Certified Document Number: 71446106 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 23, 2016

Certified Document Number:      71446106 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/12/2016 12:02:38 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13195904
By: Shaniece Richardson
Filed: 10/12/2016 12:02:38 PM

## CAUSE NO. 2016-49763

| | | |
|---|---|---|
| JENNIFER LAMZA, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JORDAN CARRIERS INC., DAVID | § | |
| CHARLES WATTS, AND JOHN DOE, | § | |
| (RESIDENT OF TEXAS), | § | |
| | § | |
| *Defendants.* | § | 157th JUDICIAL DISTRICT |

---

## DEFENDANT JORDAN CARRIERS INC.'S
## ORIGINAL ANSWER

---

**Jordan Carriers Inc.'s ("Jordan")**, Defendant herein, files its Original Answer as follows:

### I.
### GENERAL DENIAL

1.      Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleading and demands strict proof thereof.

### II.
### DEFENSES

2.      Pleading further, Defendant would show that Plaintiff's alleged injuries and damages were proximately caused by Plaintiff's' own acts and/or omissions.

3.      Each of the above acts and/or omissions, singularly or in combination with the others, constituted negligence and/or negligence per se which proximately caused the occurrence made the basis of Plaintiff's action and all damages alleged in this case.

4.      In regard to damages with respect to Plaintiff's loss of earnings, if any, these

Certified Document Number: 72285156 - Page 1 of 4

Exhibit 5

damages are limited to a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law as set forth in § 18.091 of the Texas Civil Practice & Remedies Code.

5.     Defendant would show onto the Court that as to medical expenses only the amount actually paid and/or incurred by Plaintiff is recoverable by Plaintiff in this lawsuit. *Tex. Civ. Prac. & Rem. Code §* 41.0105.  Any amount that is discounted, written off, or adjusted following contribution of a third party payor (including but not limited to Medicaid, Medicare or by Managed Care Administrator) is not an amount that is "paid or incurred," and should not be submitted to the jury or included in any economic damage award.

6.     Pleading further, without waiving the above-mentioned general denial and affirmative defenses, Defendant would show that Plaintiff has failed to mitigate her damages, if any.

## PRAYER

7.     Defendant, Jordan Carriers Inc., respectfully requests that Plaintiff take nothing by this suit and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

**DEFENDANT JORDAN CARRIER'S ORIGINAL ANSWER - Page 2**
4564007 v1 (79095.00026)

Respectfully submitted,


**KANE RUSSELL COLEMAN & LOGAN PC**

1601 Elm Street, Suite 3700
Dallas, Texas 75201
214.777.4200  /  Fax 214.777.4299

By:      */s/ Kevin P. Riley*
          Zach T. Mayer
          State Bar No. 24013118
          zmayer@krcl.com
          Aaron M. Speer
          State Bar No. 24051365
          aspeer@krcl.com
          Roy E. Mathews
          State Bar No. 24083459
          Email: rmathews@krcl.com
          Kevin P. Riley
          State Bar No. 16929100
          kriley@krcl.com
          5051 Westheimer Road
          Suite 1000
          Houston, Texas 77056
          (713) 425-7400

**ATTORNEYS FOR DEFENDANT
JORDAN CARRIERS INC.**

**DEFENDANT JORDAN CARRIER'S ORIGINAL ANSWER - Page 3**
4564007 v1 (79095.00026)

## CERTIFICATE OF SERVICE

This is to certify that on the 12th day of October 2016, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Greg Rushing
Attorney at Law
9610 Long Point Rd., Suite 300
Houston, Texas 77055

***COUNSEL FOR PLAINTIFF***

☐   E-MAIL (STEPRUSH@UMICH.EDU)
☐   HAND DELIVERY
☐   FACSIMILE (ANSWER ONLY)
☐   OVERNIGHT MAIL
☐   REGULAR, FIRST CLASS MAIL
☒   E-SERVICE (E-FILE)
☐   E-SERVICE  (SERVICE ONLY)
☐   CERTIFIED MAIL/RETURN RECEIPT REQUESTED

*/s/ Kevin P. Riley*
Kevin P. Riley

**DEFENDANT JORDAN CARRIER'S ORIGINAL ANSWER - Page 4**
4564007 v1 (79095.00026)



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 14, 2016

Certified Document Number:        72285156 Total Pages:  4

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/12/2016 12:02:38 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13195904
By: Shaniece Richardson
Filed: 10/12/2016 12:02:38 PM

## CAUSE NO. 2016-49763

| | | |
|---|---|---|
| JENNIFER LAMZA, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JORDAN CARRIERS INC., DAVID | § | |
| CHARLES WATTS, AND JOHN DOE, | § | |
| (RESIDENT OF TEXAS), | § | |
| | § | |
| *Defendants.* | § | 157th JUDICIAL DISTRICT |

## DEFENDANT JORDAN CARRIERS, INC.'S JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant, Jordan Carriers, Inc., demands a trial by jury and hereby tenders the requisite jury fee.

Certified Document Number: 72285158 - Page 1 of 3

**DEFENDANT JORDAN CARRIER'S JURY DEMAND - Page 1**
4758152 v1 (79095.00026)

Exhibit 6

Respectfully submitted,


**KANE RUSSELL COLEMAN & LOGAN PC**

1601 Elm Street, Suite 3700
Dallas, Texas 75201
214.777.4200  /  Fax 214.777.4299

By:      _/s/ Kevin P. Riley_____
         Zach T. Mayer
         State Bar No. 24013118
         zmayer@krcl.com
         Aaron M. Speer
         State Bar No. 24051365
         aspeer@krcl.com
         Roy E. Mathews
         State Bar No. 24083459
         Email: rmathews@krcl.com
         Kevin P. Riley
         State Bar No. 16929100
         kriley@krcl.com
         5051 Westheimer Road
         Suite 1000
         Houston, Texas 77056
         (713) 425-7400

**ATTORNEYS FOR DEFENDANT
JORDAN CARRIERS INC.**

**DEFENDANT JORDAN CARRIER'S JURY DEMAND - Page 2**
4758152 v1 (79095.00026)

## CERTIFICATE OF SERVICE

This is to certify that on the 12th day of October 2016, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Greg Rushing
Attorney at Law
9610 Long Point Rd., Suite 300
Houston, Texas 77055

*COUNSEL FOR PLAINTIFF*

☐  E-MAIL (STEPRUSH@UMICH.EDU)
☐  HAND DELIVERY
☐  FACSIMILE (ANSWER ONLY)
☐  OVERNIGHT MAIL
☐  REGULAR, FIRST CLASS MAIL
☒  E-SERVICE (E-FILE)
☐  E-SERVICE  (SERVICE ONLY)
☐  CERTIFIED MAIL/RETURN RECEIPT REQUESTED

*/s/ Kevin P. Riley*
Kevin P. Riley

Certified Document Number: 72285158 - Page 3 of 3

**DEFENDANT JORDAN CARRIER'S JURY DEMAND - Page 3**
4758152 v1 (79095.00026)



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 14, 2016

Certified Document Number:        72285158 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Office of Harris County District Clerk - Chris Daniel

**HCDistrictclerk.com**     LAMZA, JENNIFER vs. JORDAN CARRIERS INC     10/14/2016
Cause: 201649763    CDI: 7    Court: 157

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 72285156 | Defendant Jordan Carriers Inc's Original Answer | | 10/12/2016 | 4 |
| 72285158 | Defendant Jordan Carriers Inc.s Jury Demand | | 10/12/2016 | 3 |
| 71446106 | Civil Process Pick-Up Form | | 08/05/2016 | 1 |
| 71370653 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | | 08/04/2016 | 1 |
| 71244642 | Plaintiffs Original Petition Jury Demand, Requests for Disclosure and Rule 193.7 Notice | | 07/27/2016 | 16 |
| 71250923 | Civil Process Request | | 07/27/2016 | 1 |

Exhibit 7