United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER LAMZA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-cv-03075 |
| § | JURY |
| JORDAN CARRIERS INC., AND § | |
| DAVID CHARLES WATTS. § | |
| § | |
| § | |
| § | |
| Defendants. § | |

## AGREED TAKE NOTHING JUDGMENT

On this day came to be heard the above-entitled and numbered cause, and the Court after consideration of the pleadings on file, arguments of counsel, and the evidence presented, finds that it has jurisdiction over the parties and the subject matter of this cause, and that Judgment should be entered that Plaintiff, **JENNIFER LAMZA** take nothing from Defendants **JORDAN CARRIERS INC. AND DAVID CHARLES WATTS**, by this cause.

It is, therefore, **ORDERED, ADJUDGED, and DECREED** that Plaintiff recover nothing from Defendants.

It is further **ORDERED, ADJUDGED, and DECREED** that all claims made by Plaintiff in this lawsuit against Defendants are dismissed, with prejudice to refilling of the same, and all costs of court be taxed against the party incurring same.

This judgment disposes of all claims and all parties and is appealable.

**IT IS SO ORDERED.**

SIGNED on this the ___ day of March, 2017.

_____
PRESIDING JUDGE

**AGREED AS TO FORM and CONTENT and ENTRY REQUESTED:**

By: _____
S. Greg Rushing
State Bar No. 34083772
9610 Long Point Rd, #300
Houston, Texas 77055
(281) 546-5115
gregrushing@hotmail.com
steprush@umich.edu
**COUNSEL FOR PLAINTIFF JENNIFER LAMZA**

**AND**

**KANE RUSSELL COLEMAN & LOGAN PC**
1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200 / Fax (214) 777-4299

By: ___/s/ Kevin Riley___
Zach T. Mayer
State Bar No. 24013118
zmayer@krcl.com
Aaron M. Speer
State Bar No. 24051365
aspeer@krcl.com
Roy E. Mathews
State Bar No. 24083459
rmathews@krcl.com
Kevin P. Riley
State Bar No. 16929100
kriley@krcl.com
5051 Westheimer Road
Suite 1000
Houston, Texas 77056
(713) 425-7400
**COUNSEL FOR DEFENDANT JORDAN CARRIERS INC. AND DAVID WATTS**